UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Elizabeth Juanita Campbell,

    v.                                    Civil No. 07-275-JL

Hooksett School District et al,


**O R D E R**

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 31, 2008.

To the extent that a liberal reading of the plaintiff's complaint and addenda would include state law claims, the court declines to exercise supplemental jurisdiction over them. The motion for a temporary restraining order is denied, and the complaint is dismissed.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

February 12, 2008

cc:  Elizabeth Juanita Campbell, Pro se